UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOAB INVESTMENT GROUP, LLP,<br><br>    Plaintiff,<br><br>  v.<br><br>CHUCK KOCH,<br><br>    Defendant. | Case No. 15-cv-01790-MEJ<br><br>**ORDER REMANDING CASE** |

On April 21, 2015, Defendant Chuck Koch removed this unlawful detainer action from San Mateo County Superior Court. However, as it appears that jurisdiction is lacking and the case should be remanded to state court, the Court ordered Defendant to show cause by May 5, 2015, why this case should not be remanded. Dkt. No. 5. In his response, Defendant states that he "respectfully agree[s] to the remand." Dkt. No. 12. Accordingly, the Court REMANDS this case to San Mateo County Superior Court.

    **IT IS SO ORDERED.**

Dated: May 7, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOAB INVESTMENT GROUP, LLP,

    Plaintiff,

v.

CHUCK KOCH,

    Defendant.

Case No. 15-cv-01790-MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 5/7/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Chuck Koch
236 Corte Madera Road
Portola Valley, CA 94028

Dated: 5/7/2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES